In the Matter of the Claim of JAMES McENTEE against THE CITY OF NEW YORK, Appellant.

STATE INDUSTRIAL BOARD, Respondent.

*Appeal — unanimous affirmance of award of state industrial board — appeal without permission dismissed.*

*McEntee* v. *City of New York,* 207 App. Div. 878, appeal dismissed. (Argued November 21, 1923; decided November 27, 1923.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered November 13, 1923, unanimously affirming an award of the state industrial board made under the Workmen's Compensation Law.

*George P. Nicholson, Corporation Counsel (John F. O'Brien, Morris L. Strauss* and *Frank E. Smith* of counsel), for appellant.

*Carl Sherman, Attorney-General (E. C. Aiken* of counsel), for respondent.

Appeal dismissed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.